**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2205

ROEL M. GONZALES,

Plaintiff - Appellant,

versus

MEINEKE DISCOUNT MUFFLER SHOPS, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Carl Horn, III, Chief Magistrate Judge.  (CA-97-257-3)

Submitted:  March 11, 1999      Decided:  March 17, 1999

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roel M. Gonzales, Appellant Pro Se.  Nicole L. Tharrington, Leigh Reynolds King, MEINEKE DISCOUNT MUFFLER SHOPS, INCORPORATED, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roel M. Gonzales appeals the magistrate judge's order granting summary judgment in favor of the Defendant and dismissing this civil rights action alleging race and age discrimination. See 42 U.S.C. § 2000e-5(f) (1994); 29 U.S.C.A. § 621-634 (West 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gonzales v. Meineke Discount Muffler Shops, Inc., No. CA-97-257-3 (W.D.N.C. July 24, 1998). We deny Gonzales' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED